**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

**CASE NO.:  1:25-cv-02081**

| | |
|---|---|
| MORGAN HOWARTH,<br><br>            Plaintiff,<br>v.<br><br>SFMH LLC dba ARCADIA DESIGN BUILD and dba EXCELBUILD,<br><br>            Defendant, | |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MORGAN HOWARTH by and through his undersigned counsel, brings this Complaint against Defendant SFMH LLC dba ARCADIA DESIGN BUILD and dba EXCELBUILD for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff MORGAN HOWARTH ("Howarth") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Howarth's original copyrighted Work of authorship.

2. Howarth, based in Washington DC, has been a photographer for over 25 years and first came to photography while studying engineering in college. Inspired by a photojournalist, he changed his course load and never looked back. Now, Howarth focuses on interior and architecture work but is adept in almost all forms of photography. His rich and illustrative style brings architecture to life by combining a

multitude of separately lit images into that one perfect shot. Howarth has photographed for a multitude of national clients in a variety of businesses.

3. Defendant SFMH LLC dba ARCADIA DESIGN BUILD and EXCELBUILD ("SFMH") is a designer and builder of luxury homes located in Colorado. At all times relevant herein, SFMH owned and operated the Instagram page "arcadia_designbuild" located at the internet URL www.instagram.com/arcadia_designbuild (the "SFMH Arcadia Instagram Page"), and the Facebook page "ExcelBuild" located at the internet URL www.facebook.com/profile.php?id=61561639686962 (the "SFMH ExcelBuild Facebook Page") .The SFMH Arcadia Instagram Page and the SFMH ExcelBuild Facebook Page are collectively referred to herein as the "SFMH Social Media Pages".

4. Howarth alleges that Defendant copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities. SFMH committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the SFMH's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Colorado.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, SFMH engaged in infringement in this district, SFMH resides in this district, and SFMH is subject to personal jurisdiction in this district.

## DEFENDANT

9.  SFMH LLC dba Arcadia Design Build and dba ExcelBuild is a Colorado Limited Liability Company, with its principal place of business at 3245 Astorbrook Circle, Highlands Ranch, Colorado, 80126-7817, and can be served by serving its Registered Agent, Dusan Stelkic, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2020, Howarth created the photograph entitled "19595_Aberlour_Exterior_Rear_Fireplace_F.jpg," which is shown below and referred to herein as the "Work".



11. At the time Howarth created the Work, Howarth applied copyright management information to the Work consisting of the words "© MORGAN HOWARTH" to the center.

12. Howarth registered the Work with the Register of Copyrights on December 18, 2020, and was assigned Registration Number VA 2-229-899. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. At all relevant times Howarth was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY SFMH

14. SFMH has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, SFMH copied the Work.

16. On or about December 10, 2024, Howarth discovered the unauthorized use of his Work on the SFMH Social Media Pages, on a post on the SFMH Arcadia Instagram Page with the caption "This week's current home trend: outdoor fireplaces" and on the SFMH ExcelBuild Facebook Page, posted on June 17, 2024.

17. SFMH copied Howarth's copyrighted Work without Howarth's permission.

18. After SFMH copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its custom luxury home design/build business.

19. SFMH copied and distributed Howarth's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. SFMH committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Howarth never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

22. Howarth notified SFMH of the allegations set forth herein on January 16, 2025 and February 5, 2025. To date, the parties have failed to resolve this matter.

23. When SFMH copied and displayed the Work at issue in this case, SFMH removed Howarth's copyright management information from the Work.

24. Howarth never gave SFMH permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

25. Howarth incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Howarth owns a valid copyright in the Work at issue in this case.

27. Howarth registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. SFMH copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

29. SFMH performed the acts alleged in the course and scope of its business activities.

30. Defendant's acts were willful.

31. Howarth has been damaged.

32. The harm caused to Howarth has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

33. Howarth incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

34. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

35. SFMH has a direct financial interest in the infringing material because it derives profits from the sales it generates from the SFMH Social Media Pages displaying the infringed Work.

36. Despite having the ability to stop the infringed Work from being displayed on the SFMH Social Media Pages, SFMH allowed the material to remain up for display for purposes of generating sales.

37. To the extent that the actions described above were performed by the third-party alone, SFMH is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Works without Howarth's authorization in violation of 17 U.S.C. § 501.

38. Howarth has been damaged.

39. The harm caused to Howarth has been irreparable.

## COUNT III
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

40. Howarth incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

41. The Work at issue in this case contains copyright management information ("CMI").

42. SFMH knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

43. SFMH committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Howarth's rights in the Work at issue in this action protected under the Copyright Act.

44. SFMH caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Howarth's rights in the Work at issue in this action protected under the Copyright Act.

45. Howarth has been damaged.

46. The harm caused to Howarth has been irreparable.

WHEREFORE, Plaintiff MORGAN HOWARTH prays for judgment against Defendant SFMH LLC dba ARCADIA DESIGN BUILD and dba EXCELBUILD that:

   a. SFMH and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

  b. SFMH be required to pay Howarth his actual damages and Defendant's profits attributable to the infringement, or, at Howarth's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

  c. Howarth be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

  d. Howarth be awarded pre- and post-judgment interest; and

  e. Howarth be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Howarth hereby demands a trial by jury of all issues so triable.

DATED: July 7, 2025    Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile

And

JOEL B. ROTHMAN
Joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Morgan Howarth*